Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of NEW YORK

_____ Division

Case No. **25 CV 1178-V**
(to be filled in by the Clerk's Office)

Kevin Barney Jr.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ✔ Yes  ☐ No

-v-

Erie County Correctional Facility & Staff
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

UNITED STATES DISTRICT COURT FILED NOV 13 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kevin Barney Jr.  ICN: 157533
Street Address: 11581 ~~Windermere Ave~~ Walden Ave
City and County: Alden, Erie
State and Zip Code: New York, 14004
Telephone Number: 716- N/A
E-mail Address: Unknown at this time

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Erie County Correctional Facility & Staff
- Job or Title (if known): Jail Management
- Street Address: 11581 Walden Ave
- City and County: Alden, Erie
- State and Zip Code: New York, 14004
- Telephone Number: 716-
- E-mail Address (if known): Unknown at this time

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 716-
- E-mail Address (if known): Unknown at this time.

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 716-
- E-mail Address (if known): Uknown at this time.

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 716-
- E-mail Address (if known): Uknown at this time.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The following Amendments and provisions/statutes and treaties have been violated against me. Amendments 8th, 9th, 13th & 14th. Treaties United Nations -N- United States Human rights, UN.WT. USA, Treatment of injailed peoples world wide, UN.WT.P. USA. 716-TC. Medical treatment and Health of injailed peoples UN.WT.M.H. USA 717 T.C. Provisions of treatment of prisoners and Federal Statutes of Medical help and treatment of prisoners, federal laws of equal protection, and Human rights, prisoners rights to fair treatment of Medical issues.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount at stake for violations of my rights and injuries are 10 million dollars.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
#1.)

**PLEASE SEE ADDITIONAL PAGE MARKED #1.FOR MORE INFO.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking relief for damages in the amount of 10 Million Dollars, and what ever further relief the court in its wisdom deems fair and just, for the following.

For multiple and Federal & State inspectors to come to ECCF and view the living conditions. A second microwave returned in every housing unit inside ECCF. The removal of bunk beds inside ECCF. For all phones in every dorm inside ECCF to properly be fixed.

**PLEASE SEE ADDITIONAL PAGE MARKED #1.FOR MORE INFO.**

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff   *Kevin L. Barney Jr.*
Printed Name of Plaintiff   Kevin L. Barney Jr.    ICN: 157533

### B.  For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

## Statement of Claim

1). On 11-4-25 at approximately 10:35pm, I Kevin Barney Jr, an incarcerated individual housed at Erie County Correctional Facility inside of Oscar housing was going to get off of my bunk bed when I cut my arm on the bed getting down. My arm was pretty badly cut down to the muscle. Upon visually seeing my injury I reported the incident to my housing area officers or ECCF Staff and requested immediate medical assistance but was denied and told to go bunk up for shift change. I was then given a bandage from another incarcerated individual so that I can atleast cover my open, bleeding wound. I then waited until later that same night when the nurse comes into the dorm to collect the sick call slips to ask for medical assistance again but yet again was denied. The next morning of 11-5-25 upon waking up around 10:20am, I told my morning housing area officers about my injury and visually showed them, which they immediately told me looks very bad and called a seargant for clearance to send me to medical which was approved. Upon arriving at medical and a nurse taking a look at my wound, she calls in another nurse or the provider for the jail who upon seeing my injury immediately tells me that I would need stitches which I ultimately end up receiving five of, 12 hours after my injury initially occurred.

2) Terrible dormitory living conditions such as no doors in the restroom stalls where practically anyone from other inmates, to female and male staff can view or watch me use the restroom.

3) Having to take showers on a daily basis in a mold infested shower room that has little to no ventilation at all. Also having to shower with other inmates with no real privacy where anything can happen from physical harm to someone visually watching me.

4) Having to breathe in air from an extremely dirty and neglected ventilation system that constantly blows dust around and can mess with my respiratory system.

5) Constantly having to jump on and off of the bunks due to there being no ladders or other easy way to get on and off of your bed safely.

6) Sleeping on bunks that are full of rust and have no actual upkeeping to them. We are given a thin mat and expected to just sleep over the rust.

7) The actual sanitation of the dorms are practically non-existent and entirely upon inmates. The chances of getting sick or catching a disease due to cleanliness of housing is very high.

8) Having to live in an open space with people who are convicted of all sorts of different extreme crimes such as murder & rape. I could be attacked at any moment by someone with a life sentence who has nothing to lose. Something or someone could upset a person like that or they can even wake up and just feel like attacking and harming someone and not have any care at all.

9) Having to get completely naked in front of staff whenever being searched whether it is going to and from court or even being escorted to the box. It is extremely uncomfortable to have to be naked in front of other men even if I am incarcerated or not.

To the clerk of the Court:

Good day, If my case is able to move forward will you please send me the forms; To Proceed In forma Pauperis, and the Prisoner's Civil Action Authorization form, along with a list of the Pro SE, assistance program of Lawyers that may assist me with my case. And other relevant forms or information that may be useful for my case, as to keep it moving forward. Thank you and have a nice day.

                Respectfuly,

                *Kevin L. Barney Jr.*
                Kevin L. Barney Jr.
                ICN #157533

NAME: Kevin Barney Jr.    ICN# 157533 ERIE
COUNTY CORRECTIONAL FACILITY
11581 WALDEN AVENUE
ALDEN, NEW YORK  14004

USDC - WDNY
NOV 13 2025
BUFFALO

BUFFALO NY  140
12 NOV 2025 AM 1  L

ATTN: Clerk of the Court
United States Courthouse
2 Niagra Square
Buffalo, New York 14202

14202-335099